UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENNIS W. ROSELL,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 3:20-CV-05836-RAJ<br><br>~~PROPOSED~~ ORDER AMENDING SCHEDULING ORDER |

Based on Defendant's Motion, it is hereby ORDERED that the Answer due date shall be amended as follows:

Defendant shall have up to and including March 8, 2021, to file a response to Plaintiff's Complaint, including the certified administrative record. If the certified administrative record becomes available to the Office of the General Counsel before the aforementioned date, the record may be filed earlier, if feasible. If the Commissioner is unable to file the certified administrative record by that date, the Commissioner shall file

Page 1    ~~PROPOSED~~ ORDER - [3:20-CV-05836-RAJ]

another motion for extension every 30 days until the certified administrative record becomes available.

DATED this 8th day of February, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

_____

Page 2      ~~PROPOSED~~ ORDER - [3:20-CV-05836-RAJ]